September 12, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE INTEREST OF E.A.F., A CHILD

NO. 14-13-00618-CV

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on June 18, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Ethainel Farrar.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.